# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALIJAH BOYD,<br><br>　　　　Defendant. | Case No. 2:19-cr-00115-KJD-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Monday, July 13, 2020 at 9:30 a.m., be vacated and continued to September 15, 2020 at the hour of  9 : 30  a.m.; or to a time and date convenient to the court.

　　　DATED this 10th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON