RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Alijah Boyd

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ALIJAH BOYD,<br><br>         Defendant. | Case No. 2:19-CR-00115-KJD-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Alijah Boyd, that the Revocation Hearing currently scheduled on Wednesday, September 14, 2022 at 9:30 a.m., be vacated and continued to a time convenient to the Court but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Boyd has a case pending in Clark County, Nevada, and the parties request a continuance to ascertain the resolution of this matter as it relates to the petition before this Court.

2.  Defense counsel needs additional time to speak to Mr. Boyd about this matter and conduct necessary investigation related to the defense of this matter.

3.  Mr. Boyd is out of custody and agrees with the need to continue the hearing.

3.  The parties agree to the continuance.

4.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 9th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |   */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALIJAH BOYD,<br><br>            Defendant. | Case No. 2:19-CR-00115-KJD-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled on Wednesday, September 14, 2022, at the hour of 9:30 a.m., be vacated and continued to November 15, 2022 at the hour of 11:00 a.m. in courtroom 4A..

DATED this 12th day of September 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON